FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 1 3 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

SERGIO ROJAS-RETA

Criminal Information

No. 1:21-cr-0002

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 2, 2020, in the Northern District of Georgia, the defendant, SERGIO ROJAS-RETA, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General, and the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

BOBBY L. CHRISTINE
 *Acting United States Attorney*

AMY M. PALUMBO
 *Assistant United States Attorney*
Provisionally admitted pursuant
to Local Rule 83.1

 600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181